In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. CHARLES H. HARRIS, Respondent.— Matter referred to Hon. Edward B. Thomas, as official referee, to take the evidence and report thereon, with his opinion. Respondent's application for postponement may be made to the official referee. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Appraisal of the Estate of FRANK W. WOOLWORTH, Deceased, etc. HUBERT T. PARSON and Others, Appellants; STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ELLA LeCLAIR, Appellant, v. JOHN NEWBOLD and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSEVALE REALTY COMPANY, INC., Appellant, v. ALBERT E. KLEINERT, as Superintendent, etc. MIDWOOD MANOR ASSOCIATION and Another, Respondents.— Motion to resettle order granted, so that the order shall state that the decision was upon the law, and not in the exercise of discretion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

JESSE I. STONE, Respondent, v. EARNEST R. ECKLEY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARY K. VAN SICKLEN, Appellant, v. ROSA GUARNIERI and Others, Respondents. JOHN J. VOORHIES and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HAROLD R. BANNERMAN and Others, Respondents, v. CATHERINE V. HOSTAGE, as Executrix, etc., of MICHAEL DUNNE, Deceased, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PAUL H. BERGER, Respondent, v. CHARLES URBAN, Appellant.— Order affirmed as to the first cause of action, and reversed upon the law as to the second cause of action, without costs to either party as against the other. Motion for stay granted, both parties to have twenty days' time within which to plead anew. Rich, Manning, Kelby and Young, JJ., concur; Kelly, P. J., dissents from affirmance as to the first cause of action, being of opinion that the plaintiff has failed to allege due performance on his part of the condition of the contract as required by rule 92 of the rules of Civil Practice. Settle order on notice before Mr. Justice Manning.

THE CARPENTER CANDY COMPANY, Respondent, v. GRACE M. WESCOTT, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.